```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 08 B 15505
   WAYNE PENN
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-9078

-------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 06/17/2008 and was not confirmed.

     The case was dismissed without confirmation 09/08/2008.
-------------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                            PAID         PAID
-------------------------------------------------------------------------------

WORLD SAVINGS LOAN       NOTICE ONLY    NOT FILED            .00          .00
PARK NATIONAL BANK       CURRENT MORTG        .00            .00          .00
WACHOVIA MORTGAGE        CURRENT MORTG        .00            .00          .00
JPMORGAN CHASE BANK      SECURED NOT I     625.21            .00          .00
WACHOVIA MORTGAGE        SECURED NOT I   27277.49            .00          .00
PRO SE DEBTOR            DEBTOR ATTY         .00                          .00
TOM VAUGHN               TRUSTEE                                          .00
DEBTOR REFUND            REFUND                                           .00

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                    .00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                     .00
TRUSTEE COMPENSATION                               .00
DEBTOR REFUND                                      .00
                     --------------           --------------
TOTALS                     .00                     .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.



                                 /s/ Tom Vaughn
     Dated: 12/22/08             _____
                                 TOM VAUGHN
                                 CHAPTER 13 TRUSTEE
```